## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Twin Spruce Auto Repair, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 723 C.D. 2019 |
| | : | |
| Workers' Compensation | : | |
| Appeal Board (Tramontano), | : | |
| Respondent | : | |

**PER CURIAM**                **O R D E R**


NOW, September 3, 2020, upon consideration of Respondent's application for reargument/reconsideration, and Petitioner's answer in response thereto, the application is denied.